ACCEPTED
15-24-00010-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/30/2025 2:20 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00010-CV

# In the Court of Appeals
# for the Fifteenth Judicial District
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/30/2025 2:20:06 PM
CHRISTOPHER A. PRINE
Clerk

TEXAS DEPARTMENT OF PUBLIC SAFETY AND CHRISTINA
MITCHELL, IN HER OFFICIAL CAPACITY AS 38TH JUDICIAL
DISTRICT ATTORNEY,

*Appellants*,

*v.*

TEXAS TRIBUNE; ABC NEWS; CBS NEWS; CABLE NEWS
NETWORK, INC.; DOW JONES & CO.; GANNETT CO., INC.;
GRAHAM MEDIA GROUP, HOUSTON; GRAHAM MEDIA GROUP, SAN
ANTONIO; NBC NEWS; THE NEW YORK TIMES CO.; PRO
PUBLICA, INC.; SCRIPPS MEDIA, INC.; TEGNA, INC.; AND THE
WASHINGTON POST,

*Appellees.*

On Appeal from the
53rd Judicial District Court, Travis County

## APPELLANTS' NOTICE OF WITHDRAWAL OF LEAD
## COUNSEL AND SUBSTITUTION OF LEAD COUNSEL

Under Rule 6.5(d) of the Texas Rules of Appellate Procedure, appellants the

Texas Department of Public Safety and Christina Mitchell, in her official capacity as

38th Judicial District Attorney, give notice that Assistant Solicitor General Sara B.

Baumgardner is withdrawing from representation of appellants in this matter, as she

is leaving her employment at the Office of the Attorney General. Assistant Solicitor

General Jacob C. Beach will substitute as lead counsel for appellants. Please send all communications regarding this case to:

Jacob C. Beach
Assistant Solicitor General
State Bar. No. 24116083
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697
Jacob.Beach@oag.texas.gov

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

AARON L. NIELSON
Solicitor General

BRENT WEBSTER
First Assistant Attorney General

/s/ Sara B. Baumgardner
SARA B. BAUMGARDNER
Assistant Solicitor General
State Bar No. 24108865
Sara.Baumgardner@oag.texas.gov

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

JACOB BEACH
Assistant Solicitor General

Counsel for Appellants

## CERTIFICATE OF COMPLIANCE

Microsoft Word reports that this brief contains 113 words, excluding exempted text.

/s/ Sara B. Baumgardner
SARA B. BAUMGARDNER

Cause No. D-1-GN-22-003502

| | | |
|---|---|---|
| TEXAS TRIBUNE, *et al.*, | § | IN THE DISTRICT COURT |
| *Plaintiffs/Petitioners,* | § | |
| | § | |
| v. | § | |
| | § | |
| TEXAS DEPARTMENT OF PUBLIC SAFETY, | § | 53RD JUDICIAL DISTRICT |
| *Defendant/Respondent,* | § | |
| | § | |
| CHRISTINA MITCHELL, in her official | § | |
| capacity as 38th Judicial District Attorney, | § | |
| *Intervenor.* | § | TRAVIS COUNTY, TEXAS |

## OATH OF OFFICE

I, JACOB C. BEACH, do solemnly swear (or affirm), that I will faithfully execute the duties of the office of Assistant District Attorney of the State of Texas, and will to the best of my ability preserve, protect, and defend the Constitution and laws of the United States and of this State, so help me God.

I, JACOB C. BEACH, do solemnly swear (or affirm), that I have not directly or indirectly paid, offered, promised to pay, contributed, or promised to contribute any money or thing of value, or promised any public office or employment for the giving or withholding of a vote at the election at which I was elected or as a reward to secure my appointment or confirmation, whichever the case may be, so help me God.

_____
Affiant

STATE OF TEXAS       §
                     §
COUNTY OF TRAVIS     §

Sworn to and subscribed before me by the affiant on this ___26___ day of June 2025.

_____
Notary Public in and for
Travis County, Texas

MARIA MENDOZA
Notary Public-State of Texas
Notary ID #12961407-8
Commission Exp. DEC. 17, 2025
Notary without Bond

CAUSE NO. D-1-GN-22-003502

| | | |
|---|---|---|
| TEXAS TRIBUNE, ABC NEWS, CBS, CABLE NEWS NETWORK, INC., DOW JONES & CO., GANNETT CO., INC., GRAHAM MEDIA GROUP, HOUSTON, GRAHAM MEDIA GROUP, SAN ANTONIO, NBC NEWS, THE NEW YORK TIMES CO., PRO PUBLICA., SCRIPPS MEDIA, INC., TEGNA INC., THE WASHINGTON POST, *Plaintiff,* | § § § § § § § § § § § § § § § § § § § § § § | IN THE DISTRICT COURT |
| **V.** | | |
| THE TEXAS DEPARTMENT OF PUBLIC SAFETY, *Defendant,* | | 53RD JUDICIAL DISTRICT |
| CHRISTINA MITCHELL, IN HER OFFICIAL CAPACITY AS 38TH JUDICIAL DISTRICT ATTORNEY, *Intervenor.* | | TRAVIS COUNTY, TEXAS |

## DEPUTATION

I, CHRISTINA MITCHELL, District Attorney in and for the Counties of Uvalde and Real in the State of Texas, having full confidence in Jacob C. Beach, do hereby nominate and appoint the said Jacob C. Beach, as a lawful Assistant District Attorney of the 38th Judicial District Attorney, in my name, place and stead, to do and perform any and all acts and things pertaining to the office of said District Attorney in and for the county of Uvalde, of the State of Texas, hereby ratifying and confirming any and all such acts and things lawfully done in the premises by virtue hereof with regard to the above-entitled and -numbered cause.

WITNESS my hand on the 30th day of June 2025.

_____
District Attorney
38th Judicial District

THE STATE OF TEXAS  §
  §
COUNTY OF UVALDE  §

Before me, a notary public in and for Uvalde, Texas, on this day personally appeared Christina Mitchell, 38th Judicial District Attorney, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that she executed the same for the purposes and consideration expressed therein.

Given under my hand and seal of office, this the 30th day of June 2025.



DOMINIQUE GARZA
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 05/19/27
NOTARY ID 13201149-1

Notary Public in and for
Uvalde, Texas

2

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Maria Mendoza-Williamson on behalf of Sara Baumgardner
Bar No. 24108865
maria.williamson@oag.texas.gov
Envelope ID: 102594714
Filing Code Description: Other Document
Filing Description: 20250630 TX Tribune Baumgardner Withdrawal_Final
Status as of 6/30/2025 2:22 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Lori Mitchell | | Lori.Mitchell@haynesboone.com | 6/30/2025 2:20:06 PM | SENT |
| Laura Prather | 16234200 | laura.prather@haynesboone.com | 6/30/2025 2:20:06 PM | SENT |
| Maria Williamson | | maria.williamson@oag.texas.gov | 6/30/2025 2:20:06 PM | SENT |
| Deborah Williams | | deborah.williams@oag.texas.gov | 6/30/2025 2:20:06 PM | SENT |
| Reid Pillifant | | reid.pillifant@haynesboone.com | 6/30/2025 2:20:06 PM | SENT |
| carey wallick | | carey.wallick@haynesboone.com | 6/30/2025 2:20:06 PM | SENT |
| Hannah Keck | | hannah.keck@haynesboone.com | 6/30/2025 2:20:06 PM | SENT |
| Dale Hicks | | dhicks-svc@tjhlaw.com | 6/30/2025 2:20:06 PM | SENT |

Associated Case Party: Office of the Texas Attorney General

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Sara Baumgardner | | sara.baumgardner@oag.texas.gov | 6/30/2025 2:20:06 PM | SENT |
| Christopher Lavorato | | chris.lavorato@oag.texas.gov | 6/30/2025 2:20:06 PM | SENT |